# JS 6 TERMINATION REPORT FORM

Case Number   23-cv-308

Case Title     Tillman v. C.C.D.O.C Sheriff, et al.

Date Filed     1/18/2023

| | |
|---|---|
| Dollar Award | Date at Issue |
| Date Pretrial | |
| Date Trial Began | Date Trial End |

Disposition     02 Dismissed-want of prosecution

Nature of Judgment    Select nature of judgment

Judgment for      Select Judgement For code        Class Action   n (no class action alleged)

Progress at Termination   02 Before issue joined-order entered

Rev. 2 01/21/2016

Rev. 2 01/21/2016